IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )          8:09CR90
                               )
       v.                      )
                               )
FRANCISCO CERVANTES,           )          ORDER
                               )
                Defendant.     )
_____)
```

      This matter is before the Court on defendant's motion to continue (Filing No. 11).  The Court notes plaintiff has no objection and that the defendant understands that any continuance will be excludable time for purposes of computing the speedy trial act.  Defendant shall file a written waiver of speedy trial as soon as practicable.  Accordingly,

      IT IS ORDERED that the motion is granted; trial of this matter is rescheduled for:

**Monday, June 29, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give counsel time to complete a proffer and negotiate a plea agreement.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 18, 2009, and June 29, 2009, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court