UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR90 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO CERVANTES, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 32). The Court has reviewed the record in this case and finds as follows:

1. On July 30, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the defendant's plea of guilty to Counts I through V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in $4,817.00 and $1,412.00 in United States currency and a Pocket Pal .22 caliber handgun, serial number CTG000192, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on September 28, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on December 9, 2009 (Filing No. 31).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

      4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

      IT IS ORDERED:

      A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

      B.  All right, title and interest in and to the $4,817.00 and $1,412.00 in United States currency and a Pocket Pal .22 caliber handgun, serial number CTG000192, held by any person or entity, is hereby forever barred and foreclosed.

      C.  The $4,817.00 and $1,412.00 in United States currency and a Pocket Pal .22 caliber handgun, serial number CTG000192, be, and the same hereby is, forfeited to the United States of America .

      D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

      DATED this 11th day of December, 2009.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court